IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SUSANNE R. HURD, | |
|---|---|
| Plaintiff, | 8:19CV82 |
| vs. | |
| UNITED STATES POSTAL SERVICE, and MEGAN J. BRENNAN, Postmaster General; | MEMORANDUM AND ORDER |
| Defendants. | |

Before the Court are the Findings and Recommendation of Magistrate Judge Susan M. Bazis, ECF No. 17, Plaintiff's Notice of Remand, ECF No. 7, and Plaintiff's Motion of Remand, ECF No. 9, requesting that this Court remand this matter back to the District Court of Scotts Bluff County, Nebraska. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 17, are adopted in their entirety; and
2. Plaintiff's Notice of Remand, ECF No. 7, and Motion of Remand, ECF No. 9, are denied.

Dated this 11th day of June 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge